## O. H. KEEL v. THE STATE.

No. 10090.   Delivered April 7, 1926.

**Transporting Intoxicating Liquor—No Statement of Facts—No Bills of Exception.**

The record is before us without statement of facts or bills of exception. The indictment appears regular. No fundamental · error being perceived, the judgment is affirmed.

Appeal from the District Court of Upshur County. Tried below before the Hon. J. R. Warren, Judge.

Appeal from a conviction for transporting intoxicating liquor, penalty one year in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson*, State's Attorney, and *Robert M. Lyles*, Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The conviction is for the unlawful transportation of intoxicating liquor, punishment fixed at confinement in the penitentiary for one year.

The record is before us without statement of facts or bills of exception. The indictment appears regular. No fundamental error has been perceived.

The judgment is affirmed.

*Affirmed.*